```
FRED I. WILLIAMS
AKIN GUMP STRAUSS HAUER & FELD LLP
300 West Sixth Street, Suite 2100
Austin, TX 78701
Telephone:    512.499.6200
Facsimile:    512.499.6290
EMail:        FWilliams@AkinGump.com

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.
```

FILED
08 AUG -6 PM 3:59
[illegible District Court stamp]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHUTTLE, INC. <br><br> and <br><br> SHUTTLE COMPUTER GROUP, INC., <br><br> Defendants. | Case No. CV-08-3454-BZ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (FRED I. WILLIAMS)** |

Pursuant to Civil L.R. 11-3, Fred I. Williams, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Lenovo (Singapore) PTE. Ltd., in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

---

1

APPLICATION FOR ADMISSION PRO HAC VICE (FRED I. WILLIAMS)                    CV-08-3454-BZ

1  entitled action. The name, address and telephone number of that attorney is:
2      Reginald Steer
3      Akin Gump Strauss Hauer & Feld LLP
    580 California Street, Suite 1500
4      San Francisco, CA 94104
5      Ph: 415.765.9500
6      I declare under penalty of perjury that the foregoing is true and correct.

8  Dated: Aug. 6, 2008                                       FRED I. WILLIAMS