1  FRED I. WILLIAMS
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  300 West Sixth Street, Suite 2100
   Austin, TX 78701
3  Telephone:   512.499.6200
   Facsimile:   512.499.6290
4  EMail:       FWilliams@AkinGump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10 | LENOVO (SINGAPORE) PTE. LTD.,   | Case No. CV 08 ~~0720 RS~~ 3454 BZ
11 |        Plaintiff,
12 |   v.                            | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (FRED I. WILLIAMS)**
13 | SHUTTLE, INC.
14 | and
15 | SHUTTLE COMPUTER GROUP, INC.,
16 |        Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (FRED I. WILLIAMS)    CV-08-3454-BZ

1  Fred I. Williams, an active member in good standing of the bar of the State of Texas, whose
2  business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 300 West Sixth
3  Street, Suite 2100, Austin, TX 78701, Telephone No.: 512.499.6200, having applied in the above-
4  entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing Plaintiff Lenovo (Singapore) PTE. Ltd.,
6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements contained
10 in General Order No. 45, *Electronic Case Filing*.
11 Dated: _____, 2008
12                                 UNITED STATES MAGISTRATE JUDGE