1  EDWARD F. FERNANDES
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  300 West Sixth Street, Suite 2100
   Austin, TX 78701
3  Telephone:    512.499.6200
   Facsimile:    512.499.6290
4  EMail:    EFernandes@AkinGump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.

6

7

FILED

08 AUG -6  PM 4: 00

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  | LENOVO (SINGAPORE) PTE. LTD., | Case No. CV-08-3454-BZ |
    |---|---|
11  | Plaintiff, | |
12  | v. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (EDWARD F. FERNANDES)** |
13  | SHUTTLE, INC. | |
14  | and | |
15  | SHUTTLE COMPUTER GROUP, INC., | |
16  | Defendants. | |

17

18         Pursuant to Civil L.R. 11-3, Edward F. Fernandes, an active member in good standing of the

19  bar of the State of Texas, hereby applies for admission to practice in the Northern District of California

20  on a pro hac vice basis representing Plaintiff Lenovo (Singapore) PTE. Ltd., in the above-entitled

21  action.

22         In support of this application, I certify on oath that:

23         1.     I am an active member in good standing of a United States Court or of the highest court

24  of another State or the District of Columbia, as indicated above;

25         2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

26  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

27  Local Rules and the Alternative Dispute Resolution programs of this Court; and,

28         3.     An attorney who is a member of the bar of this Court in good standing and who

1

1 | maintains an office within the State of California has been designated as co-counsel in the above-

2 | entitled action. The name, address and telephone number of that attorney is:

3 | Reginald Steer

4 | Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500

5 | San Francisco, CA 94104

6 | Ph: 415.765.9500

7 | I declare under penalty of perjury that the foregoing is true and correct.

8 |

9 | Dated: July 22, 2008

EDWARD F. FERNANDES

APPLICATION FOR ADMISSION PRO HAC VICE (EDWARD F. FERNANDES)          CV-08-3454-BZ