1  EDWARD F. FERNANDES
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  300 West Sixth Street, Suite 2100
   Austin, TX 78701
3  Telephone:    512.499.6200
   Facsimile:    512.499.6290
4  EMail:        EFernandes@AkinGump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LENOVO (SINGAPORE) PTE. LTD., | Case No. CV 08 3454 BZ |
|---|---|
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (EDWARD F. FERNANDES)** |
| SHUTTLE, INC. | |
| and | |
| SHUTTLE COMPUTER GROUP, INC., | |
| Defendants. | |

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (EDWARD F. FERNANDES)    CV-08-3454-BZ

1 | Edward F. Fernandes, an active member in good standing of the bar of the State of Texas,
2 | whose business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 300 West
3 | Sixth Street, Suite 2100, Austin, TX 78701, Telephone No.: 512.499.6200, having applied in the
4 | above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*
5 | basis, representing Plaintiff Lenovo (Singapore) PTE. Ltd.,
6 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8 | Service of papers upon and communication with co-counsel designated in the application will
9 | constitute notice to the party. All future filings in this action are subject to the requirements contained
10 | in General Order No. 45, *Electronic Case Filing*.
11 | Dated: _____, 2008
12 |                                             UNITED STATES MAGISTRATE JUDGE

1

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (EDWARD F. FERNANDES)    CV-08-3454-BZ