1  REGINALD STEER (SBN 056324)
   rsteer@akingump.com
2  AMIT KURLEKAR (SBN 244230)
   akurlekar@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, Suite 1500
4  San Francisco, California 94104-1036
   Telephone:   (415) 765-9500
5  Facsimile:   (415) 765-9501

6  EDWARD F. FERNANDES *(Pro Hac Vice Application Pending)*
   efernandes@akingump.com
7  FRED I. WILLIAMS *(Pro Hac Vice Application Pending)*
   fwilliams@akingump.com
8  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   300 West Sixth Street, Suite 2100
9  Austin, TX 78701
   Telephone:   (512) 499-6200
10 Facsimile:   (512) 499-6290

11 Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHUTTLE, INC. <br><br> and <br><br> SHUTTLE COMPUTER GROUP, INC., <br><br> Defendants. | Case No. CV-08-3454-BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE                CV-08-3454-BZ

| | |
|---|---|
| Dated: August 15, 2008 | Respectfully submitted, |
| | AKIN GUMP STRAUSS HAUER & FELD LLP. |
| | /s |
| | Reginald Steer |
| | Attorneys for Plaintiff |
| | LENOVO (SIGNAPORE) PTE. LTD. |

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

CV-08-3454-BZ