```
1  FRED I. WILLIAMS
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  300 West Sixth Street, Suite 2100
   Austin, TX 78701
3  Telephone:    512.499.6200
   Facsimile:    512.499.6290
4  EMail:        FWilliams@AkinGump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LENOVO (SINGAPORE) PTE. LTD., | Case No. CV 08 3454 BZ |
|---|---|
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (FRED I. WILLIAMS) |
| SHUTTLE, INC. | |
| and | |
| SHUTTLE COMPUTER GROUP, INC., | |
| Defendants. | |

1 | Fred I. Williams, an active member in good standing of the bar of the State of Texas, whose
2 | business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 300 West Sixth
3 | Street, Suite 2100, Austin, TX 78701, Telephone No.: 512.499.6200, having applied in the above-
4 | entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5 | representing Plaintiff Lenovo (Singapore) PTE. Ltd.,
6 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8 | Service of papers upon and communication with co-counsel designated in the application will
9 | constitute notice to the party. All future filings in this action are subject to the requirements contained
10 | in General Order No. 45, *Electronic Case Filing*.
11 | Dated: 8/28, 2008
12 |     UNITED STATES MAGISTRATE JUDGE
13 |     Judge Jeremy Fogel, US District Court

---

1

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (FRED I. WILLIAMS)    CV-08-3454-BZ