1  EDWARD F. FERNANDES
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  300 West Sixth Street, Suite 2100
   Austin, TX 78701
3  Telephone:    512.499.6200
   Facsimile:    512.499.6290
4  EMail:        EFernandes@AkinGump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 LENOVO (SINGAPORE) PTE. LTD.,        Case No. CV 08 3454-BZ

11              Plaintiff,

12         v.                            (~~PROPOSED~~) ORDER GRANTING
                                         APPLICATION FOR ADMISSION OF
13 SHUTTLE, INC.                         ATTORNEY *PRO HAC VICE* (EDWARD
                                         F. FERNANDES)
14 and

15 SHUTTLE COMPUTER GROUP, INC.,

16              Defendants.

---

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (EDWARD F. FERNANDES)    CV-08-3454-BZ

1  Edward F. Fernandes, an active member in good standing of the bar of the State of Texas,
2  whose business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 300 West
3  Sixth Street, Suite 2100, Austin, TX 78701, Telephone No.: 512.499.6200, having applied in the
4  above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*
5  basis, representing Plaintiff Lenovo (Singapore) PTE. Ltd.,
6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements contained
10 in General Order No. 45, *Electronic Case Filing.*
11 Dated: __8/28/_____, 2008
12     UNITED STATES MAGISTRATE JUDGE
13     Jeremy Fogel, US District Court Judge

---

1

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (EDWARD F. FERNANDES)    CV-08-3454-BZ