1  ERIC J. KLEIN
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
3  Telephone:     214.969.2800
   Facsimile:     214.969.4343
4  EMail:         eklein@akingump.com

5  Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
6

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10 LENOVO (SINGAPORE) PTE. LTD.,            Case No. 5:08 CV 3454 BZ

11                 Plaintiff,

12      v.                                  ~~(PROPOSED)~~ ORDER GRANTING
                                            APPLICATION FOR ADMISSION OF
13 SHUTTLE, INC.                            ATTORNEY *PRO HAC VICE* (ERIC J.
                                            KLEIN)
14 and

15 SHUTTLE COMPUTER GROUP, INC.,

16                 Defendants.

1   Eric J. Klein, an active member in good standing of the bar of the State of Texas, whose
2   business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific
3   Avenue, Suite 4100, Dallas, Texas 75201, Telephone No.: 214.969.2800 having applied in the above-
4   entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Plaintiff Lenovo (Singapore) PTE. Ltd.,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8   Service of papers upon and communication with co-counsel designated in the application will
9   constitute notice to the party. All future filings in this action are subject to the requirements contained
10  in General Order No. 45, *Electronic Case Filing*.
11  Dated: 9/25, 2008

                                    _____
                                    Hon. Jeremy Fogel
                                    UNITED STATES DISTRICT COURT JUDGE

1
(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (ERIC J. KLEIN)        5:08-CV-3454-BZ