1  REGINALD D. STEER (SBN 056342)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   Email: rsteer@akingump.com
5  Email: akurlekar@akingump.com

6  EDWARD F. FERNANDES
   FRED I. WILLIAMS
7  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   300 West Sixth Street, Suite 2100
8  Austin, Texas 78701
   Telephone:    512-499-6200
9  Facsimile:    512-499-6290
   Email: efernandes@akingump.com
10 Email: fwilliams@akingump.com

11 Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 | LENOVO (SINGAPORE) PTE. LTD., | Case No. 5:08-CV-3454 (JF) |
16 | Plaintiff, | |
17 | v. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD** |
18 | SHUTTLE INC. | |
19 | and | |
20 | SHUTTLE COMPUTER GROUP INC., | Hon. Jeremy Fogel |
21 | Defendants. | |

STIPULATION AND [PROPOSED] ORDER                        Case No. 5:08-CV-3454 (JF)

Pursuant to Civil L.Rs. 6-2 and 7-12, Plaintiff Lenovo (Singapore) PTE LTD. ("Plaintiff"), and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants"), respectfully request that the Court enter an Order extending the time for Defendants to answer or otherwise plead in response to Plaintiff's Complaint for Patent Infringement (the "Complaint"). In support of this Stipulation, the Parties state as follows:

1. On July 17, 2008, Plaintiff filed the Complaint. On the same day, the Court set a Case Management Conference ("CMC") for Oct. 27, 2008.
2. On Aug. 18, 2008, this case was reassigned to Judge Fogel. The CMC scheduled for Oct. 27, 2008 was vacated and has yet to be rescheduled.
3. On Sep 9, 2008, Plaintiff served the Complaint on Shuttle Computer Group Inc. On the same day, Plaintiff also asked if Defendants' counsel would accept service for Shuttle Inc.
4. On Sep 22, 2008, Defendants' counsel agreed to accept service for Shuttle Inc. Plaintiff agreed to enlarge the time for Defendants to answer or otherwise plead in response to the Complaint. The Parties have agreed that Defendants will file a response to the Complaint no later than December 1, 2008;
5. There have been no previous time modifications in this case; and
6. This stipulation expresses the intent and understanding of both parties.

FOR THE ABOVE REASONS, the parties respectfully request the Court to enter an Order enlarging the time to December 1, 2008 for Defendants to answer or otherwise plead in response to the Complaint.

Respectfully submitted,

Dated: September ___, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: ___/s/_____
FRED I. WILLIAMS
Attorney for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

1

| | |
|---|---|
| Dated: September ___, 2008 | MOUNT & STEOLKER, P.C.<br><br>By: ___/s/___<br>ON LU<br>DANIEL S. MOUNT<br>Attorneys for Defendants SHUTTLE INC. and SHUTTLE COMPUTER GROUP INC. |

PURSUANT TO STIPULATION, IT IS SO ORDER.

Dated: 10/2/08

_____
Honorable JEREMY FOGEL
United States District Court Judge

---

2

STIPULATION AND [PROPOSED] ORDER                    Case No. 5:08-CV-3454 (JF)

1 | As the attorney e-filing this document, I hereby attest that On Lu has authorized in this filing.

Dated:_____          By: ___/s/_____
                                           FRED I. WILLIAMS
                                           Attorney for Plaintiff
                                           LENOVO (SINGAPORE) PTE. LTD.

3

STIPULATION AND [PROPOSED] ORDER                            Case No. 5:08-CV-3454 (JF)