DANIEL S. MOUNT (Cal. Bar No. 77517)
ON LU (Cal. Bar No. 242693)
KEVIN M. PASQUINELLI (Cal. Bar No. 246985)
MOUNT & STOELKER, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000; Fax: (408) 998-1473
Email:  dmount@mount.com; olu@mount.com; kpasquinelli@mount.com

Attorneys for Defendants,
SHUTTLE INC. and SHUTTLE COMPUTER GROUP INC.

**E-Filed 10/22/08**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., <br><br>              Plaintiff, <br><br>      v. <br><br> SHUTTLE INC. <br><br> and <br><br> SHUTTLE COMPUTER GROUP INC., <br><br>              Defendants. | Case No. 5:08-CV-3454 (JF) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND CMC AND ADR DEADLINES** <br><br> HON. JUDGE JEREMY FOGEL <br> U.S. District Court Judge |

1  Pursuant to Civil L.Rs. 6-2 and 7-12, Plaintiff LENOVO (SINGAPORE) PTE LTD. ("Plaintiff"), and
2  Defendants SHUTTLE INC. and SHUTTLE COMPUTER GROUP INC. (together "Defendants"), respectfully
3  request the Court to enter an Order extending the Parties' CMC and ADR deadlines.   In support of this
4  Stipulation, the Parties state as follows:
5      1.    On July 17, 2008, Plaintiff filed its Complaint in the Northern District of California.
6      2.    On Aug. 18, 2008, this case was reassigned to Judge Fogel.
7      3.    On Sep. 26, 2008, the Parties filed a Stipulation and Proposed Order enlarging
8  Defendants' time to reply to Plaintiff's Complaint to Dec. 1, 2008.  Judge Fogel granted this request on
9  Oct. 10, 2008.
10     4.    On Sep. 30, 2008, before the extension was granted by Judge Fogel, the Court noticed
11 the CMC for Oct. 31, 2008.  As a result, the CMC is scheduled to occur before Defendants' reply is
12 due on Dec. 1, 2008.  Defendants may file a Motion to Dismiss for Lack of Jurisdiction in reply to
13 Plaintiff's Complaint.  Therefore, Defendants suggest that a CMC before Judge Fogel would not be
14 appropriate until after Defendants file their reply.
15     5.    The Parties therefore stipulate that the CMC should occur after Defendants reply to
16 Plaintiff's Complaint.  The parties respectfully submit that either December 5 would be an appropriate
17 date for the CMC, if the Court's schedule permits.  If December 5 is not available, the parties request a
18 setting on December 12 or as soon thereafter as the Court will permit.
19     6.    This stipulation expresses the intent and understanding of both parties.

FOR THE ABOVE REASONS, the parties respectfully request the Court to enter an Order extending the Parties' CMC and ADR deadlines as follows:

7. <u>Friday, Nov. 14, 2008:</u> Last day to:
    a. Meet and confer re: initial disclosures, early settlement, ADR process selection; and discovery plan;
    b. File ADR Certification signed by Parties and Counsel;

1

STIPULATION AND [PROPOSED] ORDER        Case No. 5:08-CV-3454 (JF)

      c.  File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

8. <u>Wednesday, November 26, 2008:</u> Last day to file Rule 26(f) report; complete initial disclosures or state objections; and file CMC Statement.

9. <u>Friday, Dec. 5, 2008:</u> Initial CMC.

Respectfully submitted,

Dated:  October <u>21</u>, 2008            MOUNT & STOELKER, P.C.

By:    /s/  On Lu

DANIEL S. MOUNT  
ON LU  
KEVIN M. PASQUINELLI  
Attorneys for Defendants SHUTTLE INC. and SHUTTLE COMPUTER GROUP INC.

Dated:  October 21, 2008            AKIN GUMP STRAUSS HAUER & FELD LLP

By:    /s/ Fred I. Williams

FRED I. WILLIAMS  
Attorney for Plaintiff  
LENOVO (SINGAPORE) PTE. LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/22/08

HON. JUDGE JEREMY FOGEL  
United States District Court Judge  
Northern District of California

2

STIPULATION AND [PROPOSED] ORDER                           Case No. 5:08-CV-3454 (JF)

1  As the attorney e-filing this document, I hereby attest that Fred I. Williams, attorney for Lenovo
2  (Singapore) PTE. Ltd. has concurred in this filing.

4  Dated:  October 21, 2008                         MOUNT & STOELKER, P.C.

5                                                                          By:     /s/ On Lu

7                                                                          ON LU
                                                                           Attorney for Defendants SHUTTLE INC. and
                                                                           SHUTTLE COMPUTER GROUP INC.