Robert B. Morrill (SBN 035488)
rmorrill@sidley.com
Peter H. Kang (SBN 158101)
pkang@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
Kevin P. Burke (SBN 241972)
kburke@sidley.com

SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys For Defendants
SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

**E-Filed 11/17/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC., <br><br> Defendants, | Case No. 5:08-CV-3454 JF(PVT) <br><br> **SECOND STIPULATION AND** [PROPOSED] **ORDER TO EXTEND CMC AND ADR DEADLINES** |

Pursuant to Civil L.Rs. 6-2 and 7-12, Plaintiff LENOVO (SINGAPORE) PTE LTD. ("Plaintiff"), and Defendants SHUTTLE INC. and SHUTTLE COMPUTER GROUP INC. (together "Defendants"), respectfully request that the Court enter an Order extending the Parties' Case Management Conference ("CMC") and Alternative Dispute Resolution ("ADR") deadlines. In support of this Stipulation, the Parties state as follows:

---

SECOND STIPULATION TO EXTEND CMC AND ADR DEADLINES
CASE NO. 08-CV-3454

1. On July 17, 2008, Plaintiff filed its Complaint in the Northern District of California. Docket No. 1. On that same day, the Court issued an ADR Scheduling Order which set the Case Management Conference ("CMC") for October 27, 2008, and the due date for the CMC Statement for October 20, 2008. Docket No. 3.

2. On August 18, 2008, this case was reassigned to Judge Jeremy Fogel. Docket No. 11. The CMC scheduled for October 27, 2008, and the due date for the CMC Statement were vacated.

3. On October 2, 2008, the Court signed the parties' proposed Order to Enlarge Time for Defendants to Answer or Otherwise Plead, extending the time for Defendants to respond to the Complaint to December 1, 2008. Docket No. 20. However, before this order was signed, the CMC was set for October 31, 2008. Docket No. 19.

4. In order to move the CMC beyond the date for Defendants to respond to the Complaint, December 1, 2008, the parties filed a Stipulation and [Proposed] Order to Extend CMC and ADR Deadlines on October 21, 2008. Docket No. 22. The Court signed this proposed order on October 22, 2008, Docket No. 23, adopting the following CMC and ADR deadlines:

<u>Friday, Nov. 14, 2008:</u> Last day to:

    a. Meet and confer re: initial disclosures, early settlement, ADR process selection; and discovery plan;

    b. File ADR Certification signed by Parties and Counsel;

    c. File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

<u>Wednesday, November 26, 2008:</u> Last day to file Rule 26(f) report; complete initial disclosures or state objections; and file CMC Statement.

<u>Friday, December 5, 2008:</u> Initial CMC.

5. SIDLEY AUSTIN LLP was recently substituted as Defendants' counsel of record in the place of MOUNT & STOELKER, P.C. *See* Declaration of Kevin P. Burke In Support of Second Stipulation and [Proposed] Order to Extend CMC and ADR Deadlines ("Burke Decl.") ¶2. In order for SIDLEY AUSTIN LLP to have time to become familiar with the case, the parties stipulate that

1  the CMC should be continued to December 19, 2008. *Id.* The parties additionally stipulate that the
2  CMC and ADR deadlines set by the Court on October 21, 2008 should be vacated, and that
3  deadlines should be adopted which accommodate the scheduling change for the CMC.

4      6.    The CMC is the only event that has been scheduled by the Court in this case and the
5  CMC is the only Court scheduled event which would be affected by the parties' requested time
6  modification. Burke Decl. ¶ 3.

7      FOR THE ABOVE REASONS, the parties respectfully request that the Court enter an Order
8  extending the Parties' CMC and ADR deadlines as follows:

9      7.    The initial CMC will be set for <u>Friday, December 19, 2008</u>.

10     8.    No later than December 1, 2008 (to accommodate the scheduled November 28, 2008
11 holiday) the parties shall:

12     a.    Meet and confer re: initial disclosures, early settlement, ADR process selection,
13     and discovery plan;

14     b.    File ADR Certification signed by Parties and Counsel;

15     c.    File either Stipulation to ADR Process or Notice of Need for ADR Phone
16     Conference.

17     9.    At least 7 calendar days before the CMC the parties shall: file a Fed. R. Civ. P. 26(f)
18 report; complete initial disclosures or state objections under Fed. R. Civ. P. 26; and file a Joint CMC
19 Statement.

3

SECOND STIPULATION TO EXTEND CMC AND ADR DEADLINES
CASE NO. 08-CV-3454

SO STIPULATED:

Respectfully submitted,

Dated: November 14, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Reginald D. Steer/*
REGINALD D. STEER

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

Dated: November 14, 2008

SIDLEY AUSTIN LLP

By: */s/ Peter H. Kang/*
Peter H. Kang

Attorneys for Defendants SHUTTLE, INC. and
SHUTTLE COMPUTER GROUP, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17/08, 2008

*/s/ Jeremy Fogel/*
JEREMY FOGEL
United States District Judge