REGINALD D. STEER (SBN 056342)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:	415-765-9500
Facsimile:	415-765-9501
Email: rsteer@akingump.com
Email: akurlekar@akingump.com

FRED I. WILLIAMS (*Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West Sixth Street, Suite 2100
Austin, Texas 78701
Telephone:	512-499-6200
Facsimile:	512-499-6290
Email: fwilliams@akingump.com

ERIC KLEIN (*Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Ave., 41st Floor
Dallas, Texas 75201
Telephone:	214-969-2751
Facsimile:	214-969-4343
Email: eklein@akingump.com

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC., <br><br> Defendants. | Case No. 5:08-cv-03454-JF(PVT) <br><br> **PLAINTIFF LENOVO (SINGAPORE) PTE. LTD.'S NOTICE OF SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** <br><br> Hon. Judge Jeremy Fogel <br> U.S. District Court Judge |

PLAINTIFF LENOVO (SINGAPORE) PTE. LTD.'S NOTICE OF SUPPLEMENTAL DISCLOSURE
OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS        5:08-CV-3454-JF(PVT)

1

NOW COME Plaintiff, Lenovo (Singapore) Pte., Ltd. ("Lenovo"), pursuant to Patent Rules 3-1 and 3-2, and notify the Court that its Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production was served on Defendants on July 5, 2010.

DATED: July 7, 2010.

                               Respectfully submitted,

                               */s/ Eric J. Klein*
                               REGINALD D. STEER (SBN 056342)
                               **AKIN GUMP STRAUSS HAUER & FELD LLP**
                               580 California Street, 15th Floor
                               San Francisco, California 94104-1036
                               Telephone: 415-765-9500
                               Facsimile: 415-765-9501
                               Email: rsteer@akingump.com
                               Email: akurlekar@akingump.com

                               FRED I. WILLIAMS (*Pro Hac Vice*)
                               **AKIN GUMP STRAUSS HAUER & FELD LLP**
                               300 West Sixth Street, Suite 2100
                               Austin, Texas 78701
                               Telephone: 512-499-6200
                               Facsimile: 512-499-6290
                               Email: fwilliams@akingump.com

                               ERIC KLEIN (*Pro Hac Vice*)
                               **AKIN GUMP STRAUSS HAUER & FELD LLP**
                               1700 Pacific Ave., 41st Floor
                               Dallas, Texas 75201
                               Telephone: 214-969-2751
                               Facsimile: 214-969-4343
                               Email: eklein@akingump.com

                               Attorneys for Plaintiff Lenovo (Singapore) PTE, Ltd.

---

PLAINTIFF LENOVO (SINGAPORE) PTE. LTD.'S NOTICE OF SUPPLEMENTAL DISCLOSURE
OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS    5:08-CV-3454-JF(PVT)

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to 28 U.S.C. § 1746 this 7th day of July, 2010.

                          */s/ Eric J. Klein*
                          Eric J. Klein

PLAINTIFF LENOVO (SINGAPORE) PTE. LTD.'S NOTICE OF SUPPLEMENTAL DISCLOSURE
OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS   5:08-CV-3454-JF(PVT)

3