1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   REGINALD D. STEER (SBN 056342)
2  AMIT KURLEKAR (SBN 244230)
   580 California Street, 15th Floor
3  San Francisco, California 94104-1036          **E-Filed 9/2/2010**
   Telephone:      415-765-9500
4  Facsimile:      415-765-9501
   Email: rsteer@akingump.com
5  Email: akurlekar@akingump.com

6  FRED I. WILLIAMS (*Pro Hac Vice*)
   300 West Sixth Street, Suite 2100
7  Austin, Texas 78701
   Telephone:      512-499-6200
8  Facsimile:      512-499-6290
   Email: fwilliams@akingump.com
9
   ERIC J. KLEIN (*Pro Hac Vice*)
10 1700 Pacific Ave., 41st Floor
   Dallas, Texas 75201
11 Telephone:      214-969-2751
   Facsimile:      214-969-4343
12 Email: eklein@akingump.com

13 Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.
14

15 **SIDLEY AUSTIN LLP**
   ROBERT B. MORRILL (SBN 035488)
16 PETER H. KANG (SBN 158101)
   AARON R. BLEHARSKI (SBN 240703)
17 1801 Page Mill Road, Suite 110
   Palo Alto, California 94304
18 Telephone: 650-565-7000
   Facsimile: 650-565-7100
19 Email: rmorrill@sidley.com
   Email: pkang@sidley.com
20 Email: ableharski@sidley.com

21 PHILIP W. WOO (SBN 196459)
   555 California Street, Suite 2000
22 San Francisco, California 94104
   Telephone: 415-772-1200
23 Facsimile: 415-772-7400
   Email: pwoo@sidley.com
24
   Attorneys for Defendants and Counterclaimants
25 SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

26

27

28

JOINT [PROPOSED] STIPULATED CASE MANAGEMENT ORDER
5:08-CV-3454-JF (PVT)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD.,<br><br>        Plaintiff,<br><br>  v.<br><br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.,<br><br>        Defendants. | Case No. 5:08-cv-03454-JF(PVT)<br><br>**JOINT [PROPOSED] STIPULATED CASE MANAGEMENT ORDER**<br><br>Hon. Judge Jeremy Fogel<br>U.S. District Court Judge |

1.  Pursuant to this Court's Order dated August 17, 2010, Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff"), and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants"), submit the following Joint [Proposed] Stipulated Case Management Order with revised case schedule for the Court's consideration.

| Date | Event/Authority |
|---|---|
| September 3, 2010 | Deadline for Supplemental Infringement Contentions and Disclosures. Patent L.R. 3-1 and 3-2 |
| September 24, 2010 | Deadline for Amended Invalidity Contentions and Disclosures. Patent L.R. 3-3 and 3-4 |
| October 8, 2010 | Parties exchange Proposed Terms and Claim Elements for Construction. Patent L.R. 4-1 |
| October 29, 2010 | Parties exchange Preliminary Claim Constructions and Extrinsic Evidence. Patent L.R. 4-2 |

| | |
|---|---|
| November 23, 2010 | Parties file Joint Claim Construction and Prehearing Statement.  Patent L.R. 4-3 |
| December 7, 2010 | Amended pleadings deadline. |
| December 23, 2010 | Deadline for completing discovery on issues relating to claim construction for the patents-in-suit. Patent L.R. 4-4 |
| January 7, 2011 | Lenovo files Opening Claim Construction Brief. Patent L.R. 4-5(a) |
| January 21, 2011 | Shuttle files Opposition Claim Construction Brief. Patent L.R. 4-5(b) |
| January 28, 2011 | Lenovo files Reply Claim Construction Brief. Patent L.R. 4-5(c) |
| March 4, 2011 (agreed proposed date) | Claim Construction Hearing. |
| 50 days after issuance of Claim Construction Order | Parties relying upon advice of counsel to support any claim or defense must produce and serve all supporting documents.  Patent L.R. 3-7. |

Respectfully submitted,

Dated:  August 31, 2010          AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Fred I. Williams_____

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.


Dated: August 31, 2010           SIDLEY AUSTIN LLP

By: /s/ Robert B. Morrill_____

Attorneys for Defendants SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

[~~PROPOSED~~] ORDER

The parties' Joint [~~Proposed~~] Stipulated Case Management Order is hereby granted.

Dated: ~~August ___,~~ 2010.    9/2/2010

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE