**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056342)
AMIT KURLEKAR (SBN 244230)
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:      415-765-9500
Facsimile:      415-765-9501
Email: rsteer@akingump.com
Email: akurlekar@akingump.com

FRED I. WILLIAMS (*Pro Hac Vice*)
300 West Sixth Street, Suite 2100
Austin, Texas 78701
Telephone:      512-499-6200
Facsimile:      512-499-6290
Email: fwilliams@akingump.com

ERIC J. KLEIN (*Pro Hac Vice*)
1700 Pacific Ave., 41st Floor
Dallas, Texas 75201
Telephone:      214-969-2751
Facsimile:      214-969-4343
Email: eklein@akingump.com

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

**SIDLEY AUSTIN LLP**
ROBERT B. MORRILL (SBN 035488)
PETER H. KANG (SBN 158101)
AARON R. BLEHARSKI (SBN 240703)
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
Telephone: 650-565-7000
Facsimile: 650-565-7100
Email: rmorrill@sidley.com
Email: pkang@sidley.com
Email: ableharski@sidley.com

PHILIP W. WOO (SBN 196459)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400
Email: pwoo@sidley.com

Attorneys for Defendants and Counterclaimants
SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

**\*\*E-Filed 9/2/2010\*\***

JOINT STIPULATION AND [PROPOSED] ORDER
5:08-CV-3454-JF (PVT)
1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., | Case No. 5:08-cv-03454-JF(PVT) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO SUPPLEMENT PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS (PATENT L.R. 3-6)** |
| v. | |
| SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC., | Hon. Judge Jeremy Fogel U.S. District Court Judge |
| Defendants. | |

1. Pursuant to Patent L.R. 3-1 and Civil L.R. 7-12, Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff"), and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants"), respectfully request that the Court enter an Order granting Plaintiff leave to serve supplemental infringement contentions under Patent L.R. 3-6.  In support of this Stipulation, the Parties state as follows:

2. Under Patent L.R. 3-6, Plaintiff submits this Stipulation for leave to supplement its recent Patent L.R. 3-1 disclosure of asserted claims and preliminary infringement contentions to provide additional information requested by the Defendants and makes the following showing of good cause.

3. On January 6, 2009, Plaintiff served its Patent L.R. 3-1 disclosure and accompanying Patent L.R. 3-2 document production.  On March 23, 2009, the Court stayed the litigation.  The stay was lifted on May 7, 2010, and entered a new case schedule, including dates for amended infringement contentions and disclosures.  Docket No. 53.  On July 5, 2010, Plaintiff served its supplemental Patent L.R. 3-1 disclosure.

4.      On July 27, 2010, Defendants requested that Plaintiff supplement is Patent L.R. 3-1 disclosure to provide additional information.  Docket No. 60-1.  The parties then discussed the issue, and Plaintiff agreed to supplement its Patent L.R. 3-1 disclosure.  See Docket No. 60-2.

5.      Defendants stated that they are not opposed to the relief sought by this stipulation.

6.      This stipulation expresses the intent and understanding of both parties.

FOR THE ABOVE REASONS, the parties respectfully request the Court to enter an Order grating Plaintiff leave to serve supplemental infringement contentions under Patent L.R. 3-6.

.

Respectfully submitted,

Dated:  September 1, 2010              AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Fred I. Williams_____

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.


Dated: September 1, 2010              SIDLEY AUSTIN LLP


By: /s/ Robert B. Morrill_____

Attorneys for Defendants SHUTTLE, INC. and
SHUTTLE COMPUTER GROUP, INC.

1                                   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:    9/2/2010                             _____

4                                     Honorable JEREMY FOGEL
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28