1  Robert B. Morrill (SBN 035488)
   rmorrill@sidley.com
2  Peter H. Kang (SBN 158101)
   pkang@sidley.com
3  Aaron R. Bleharski (SBN 240703)
   ableharski@sidley.com
4  SIDLEY AUSTIN LLP
   1801 Page Mill Road, Suite 110
5  Palo Alto, CA  94304
   Telephone:  (650) 565-7000
6  Facsimile:   (650) 565-7100

7  Philip W. Woo (SBN 196459)
   pwoo@sidley.com
8  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
9  San Francisco, CA  94104
   Telephone:  (415) 772-1200
10 Facsimile:   (415) 772-7400

11 Attorneys For Defendants
   SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

| | |
|---|---|
| LENOVO (SINGAPORE) PTE., LTD., | Case No. 5:08-CV-3454 JF(PVT) |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [XXXXXXXXXXX ORDER TO CONTINUE HEARING DATE RE DEFENDANTS' MOTION TO STRIKE PLAINTIFF LENOVO'S INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE COMPEL COMPLIANCE BY PLAINTIFF WITH PATENT LOCAL RULE 3-1** |
| SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC., | |
| Defendants, | |

**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE**
**CASE NO. 08-CV-3454**

1    WHEREAS the Court has advised Plaintiff Lenovo (Singapore) Pte. Ltd.'s ("Lenovo"), and
2 Defendants Shuttle, Inc. and Shuttle Computer Group, Inc. (collectively, "Shuttle"), that the hearing
3 on Shuttle's Motion to Strike Lenovo's Infringement Contentions or in the Alternative Compel
4 Compliance by Plaintiff with Patent Local Rule 3-1, now scheduled for November 30, 2010 at 10:00
5 a.m. (the "Hearing"), needs to be rescheduled; and
6    WHEREAS the Lenovo and Shuttle have met and conferred and were able to agree on
7 several alternate dates in December on which to reschedule the hearing;
8    THE PARTIES THEREFORE AGREE to reschedule the Hearing as follows, with agreed-
9 upon dates listed in order of priority:

- Monday, December 13, 2010 at 10:00 a.m.
- Tuesday, December 14, 2010 at 10:00 a.m.,
- If neither December 13 or December 14, 2010 will work for the Court, any date thereafter during the week of December 13, 2010.

2
**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE**
**CASE NO. 08-CV-3454**

1  SO STIPULATED:

                                    Respectfully submitted,

Dated:  November 19, 2010           AKIN GUMP STRAUSS HAUER & FELD LLP


                                    By:              /s/
                                        ERIC J. KLEIN[1]

                                      Attorneys for Plaintiff
                                      LENOVO (SINGAPORE) PTE. LTD.

Dated:  November 19, 2010           SIDLEY AUSTIN LLP


                                    By:              /s/
                                        ROBERT B. MORRILL

                                      Attorneys for Defendants SHUTTLE, INC. and
                                      SHUTTLE COMPUTER GROUP, INC.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Eric J. Klein.

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

2  The hearing on Defendants' Shuttle, Inc. and Shuttle Computer Group, Inc Motion to Strike Lenovo's Infringement Contentions or in the Alternative Compel Compliance by Plaintiff with Patent Local Rule 3-1, now scheduled for November 30, 2010 at 10:00 a.m., is hereby reset for December __14__, 2010.

SO ORDERED.

Dated: __November 22__, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge