1

**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056342)

2
AMIT KURLEKAR (SBN 244230)                    **\*\*E-Filed 11/23/2010\*\***
580 California Street, 15th Floor

3
San Francisco, California 94104-1036
Telephone:       415-765-9500

4
Facsimile:       415-765-9501
Email: rsteer@akingump.com

5
Email: akurlekar@akingump.com

6
FRED I. WILLIAMS (*Pro Hac Vice*)
300 West Sixth Street, Suite 2100

7
Austin, Texas 78701
Telephone:       512-499-6200

8
Facsimile:       512-499-6290
Email: fwilliams@akingump.com

9

10
ERIC J. KLEIN (*Pro Hac Vice*)
1700 Pacific Ave., 41st Floor
Dallas, Texas 75201

11
Telephone:       214-969-2751
Facsimile:       214-969-4343

12
Email: eklein@akingump.com

13
Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

14

15
**SIDLEY AUSTIN LLP**
ROBERT B. MORRILL (SBN 035488)

16
PETER H. KANG (SBN 158101)
PHILIP W. WOO (SBN 196459)

17
KEVIN P. BURKE (SBN 241972)
555 California Street, Suite 2000

18
San Francisco, California 94104
Telephone: 415-772-1200

19
Facsimile: 415-772-7400
Email: rmorrill@sidley.com

20
Email: pkang@sidley.com
Email: pwoo@sidley.com

21
Email: kburke@sidley.com

22
Attorneys for Defendants and Counterclaimants
SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

23

24

25

26

27

28
JOINT STIPULATION AND [PROPOSED]  ORDER TO ENLARGE TIME
5:08-CV-3454-JF (PVT)
1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD., | Case No. 5:08-cv-03454-JF(PVT) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE THE PARTIES' PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION & PREHEARING STATEMENT (CIVIL L.R. 6-2)** |
| v. | |
| SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC., | |
| Defendants. | Hon. Judge Jeremy Fogel<br>U.S. District Court Judge |

Pursuant to Civil L.R. 6-2, Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff"), and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants"), submit the following Joint Stipulation and [Proposed] Order to Enlarge Time to File the Parties' Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement, and hereby request, that the current deadline of November 23, 2010 be extended by one day to November 24, 2010, and would show the Court as follows:

1.      The parties are currently in settlement discussions and have agreed to file the Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement on November 24, 2010.

2.      On July 17, 2008, Plaintiff filed the Complaint.  On the same day, the Court set a Case Management Conference ("CMC") for Oct. 27, 2008.

3.      On Aug. 18. 2008, this case was reassigned to Judge Fogel.  The CMC scheduled for Oct. 27, 2008 was vacated.

4.      On Sept. 26, 2008, the Parties filed a Stipulation and Proposed Order enlarging Defendants' time to reply to Plaintiff's Complaint to Dec. 1, 2008.  Judge Fogel granted this request on Oct. 6, 2008.

5.      On Sep. 30, 2008, before the extension was granted by Judge Fogel, the Court noticed the CMC for Oct. 31, 2008.

6.      On Oct. 21, 2008, the Parties field a Stipulation and Proposed Order to Extend CMC and ADR Deadlines.  Judge Fogel granted this request on Oct. 22, 2008, setting the CMC for Dec. 5, 2008.

7.      On Nov. 14, 2008, the Parties filed a Second Stipulation and Proposed Order to Extend the CMC and ADR Deadlines.  Judge Fogel granted this request on Nov. 17, 2008, setting the CMC for Dec. 19, 2008.

8.      On Dec. 19, 2008, the Court set a further CMC for Mar. 20, 2009.  On Mar. 13, 2009, the Court continued the CMC to Mar. 23, 2009.

9.      On Mar. 20, 2009, the Parties filed a Stipulation to Stay Pending Reexamination of the Patents-In-Suit.  Judge Fogel granted this request on Mar. 23, 2009 CMC, setting a Status Conference for Sep. 25, 2009.  The Order granting the Stay was filed on Mar. 24, 2009.

10.      On Sep. 25, 2009, Judge Fogel continued the Stay, setting a Status Conference for Mar. 26, 2010.

11.      On Mar. 26, 2010, Judge Fogel set a Status Conference for May 7, 2010.

12.      On Apr. 30, 2010, the Parties filed a Joint Case Management Statement setting forth a proposed case schedule.

13.      On May 7, 2010, Judge Fogel lifted the Stay and adopted the proposed case schedule filed by the Parties on Apr. 30, 2010.

14.      On Jun. 24, 2010, Plaintiff Lenovo, filed an Unopposed Motion for Extension of Time requesting that the deadlines adopted by the Court in its May 7, 2010 Order be extended by seven days.

1    Judge Fogel granted this request on July 27, 2010, setting the Claim Construction Hearing for Feb. 22,

2    2010.

3         15.      On Aug. 12, 2010, Defendant Shuttle, filed a Motion to Enlarge Time and To Modify

4    the Case Schedule.  Judge Fogel granted this request on Aug. 18, 2010, and Ordered the Parties to

5    submit a Proposed Stipulated Case Management Order with a revised case schedule by Aug. 31, 2010.

6

7         16.      On Aug. 31, 2010, the Parties filed a Joint Proposed Stipulated Case Management

8    Order.   Judge Fogel granted the Joint Stipulated Case Management Order on Sep. 2, 2010.

9         17.      On Nov. 19, 2010, the Parties filed a Joint Stipulation and Proposed Order to Continue

10   the Hearing date on Defendant Shuttle's Motion to Strike Plaintiff Lenovo's Infringement Contentions.

11   Magistrate Judge Patricia Trumbull, granted this request, setting the hearing Joint Stipulation for Dec.

12   14, 2010.

13

14        18.      The relief requested herein is an extension of time by only one day therefore, the

15   requested time modification would have no effect on the current case schedule.

16        FOR THE ABOVE REASONS, the parties respectfully request the Court to enter an order

17   enlarging the time from November 23, 2010 to November 24, 2010, for the parties to file their Joint

18   Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3.

19

20

21

22

23

24

25

26

27

28

1                                   Respectfully submitted,

2   Dated:  November 23, 2010           AKIN GUMP STRAUSS HAUER & FELD LLP

3                                   By: /s/ Fred I. Williams_____

4

5                                   Attorneys for Plaintiff
                                      LENOVO (SINGAPORE) PTE. LTD.

6

7   Dated: November 23, 2010            SIDLEY AUSTIN LLP

8                                     By: /s/ Robert B. Morrill_____

9                                   Attorneys  for  Defendants  SHUTTLE,  INC.  and

10                                   SHUTTLE COMPUTER GROUP, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2

The Parties' Joint Stipulation and [Proposed] Order to Enlarge Time to File the Parties' Patent

3

L. R. 4-3 Joint Claim Construction and Prehearing Statement is hereby granted.

4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7    Dated:  November 23, 2010.

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28