**E-Filed 12/1/2010**

1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   REGINALD D. STEER (SBN 056342)
2  AMIT KURLEKAR (SBN 244230)
   580 California Street, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:      415-765-9500
4  Facsimile:      415-765-9501
   Email: rsteer@akingump.com
5  Email: akurlekar@akingump.com

6  FRED I. WILLIAMS (*Pro Hac Vice*)
   300 West Sixth Street, Suite 2100
7  Austin, Texas 78701
   Telephone:      512-499-6200
8  Facsimile:      512-499-6290
   Email: fwilliams@akingump.com

9
   ERIC J. KLEIN (*Pro Hac Vice*)
10 1700 Pacific Ave., 41st Floor
   Dallas, Texas 75201
11 Telephone:      214-969-2751
   Facsimile:      214-969-4343
12 Email: eklein@akingump.com

13 Attorneys for Plaintiff
   LENOVO (SINGAPORE) PTE. LTD.

15 **SIDLEY AUSTIN LLP**
   ROBERT B. MORRILL (SBN 035488)
16 PETER H. KANG (SBN 158101)
   PHILIP W. WOO (SBN 196459)
17 KEVIN P. BURKE (SBN 241972)
   555 California Street, Suite 2000
18 San Francisco, California 94104
   Telephone: 415-772-1200
19 Facsimile: 415-772-7400
   Email: rmorrill@sidley.com
20 Email: pkang@sidley.com
   Email: pwoo@sidley.com
21 Email: kburke@sidley.com

22 Attorneys for Defendants and Counterclaimants
   SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.,<br><br>    Defendants. | Case No. 5:08-cv-03454-JF(PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY PENDING SETTLEMENT DISCUSSIONS**<br><br>Hon. Judge Jeremy Fogel<br>U.S. District Court Judge |

Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff"), and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants"), respectfully request that the Court enter an Order Staying this Case Pending the outcome of settlement discussions.

In support of this Stipulation, the Parties state as follows:

On November 22, 2010, representatives for both parties met in Taiwan to discuss a possible settlement of the pending litigation. During those discussions, the parties reached a preliminary agreement to a four week standstill in the lawsuit while settlement discussions continue. The parties have also agreed, and request, that all case deadlines, Court imposed in addition to all discovery, be stayed during this four week period. In the event a settlement cannot be reached, the parties would request that the current case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 9, 2010, be extended by four weeks.

Because both parties have agreed to a standstill pending further settlement discussions and to preserve the judicial economy, the parties agree this case should be stayed pending the outcome of those settlement discussions.

1  FOR THE ABOVE REASONS, the parties respectfully request the Court to enter an order staying this case and all deadlines for four weeks.

SO STIPULATED:

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 24, 2010 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|  | By: /s/ Fred I. Williams_____ |
|  | Attorneys for Plaintiff<br>LENOVO (SINGAPORE) PTE. LTD. |
| Dated: November 24, 2010 | SIDLEY AUSTIN LLP |
|  | By: /s/ Robert B. Morrill_____ |
|  | Attorneys for Defendants SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC. |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. This case is stayed and all case deadlines are stayed for four weeks pending settlement discussions; and

2. In the event a settlement cannot be reached, the current case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 9, 2010, will be extended by four weeks.

Dated: November 30, 2010.                        _____
                                                                             HONORABLE JEREMY FOGEL
                                                                             UNITED STATES DISTRICT JUDGE