\*\*E-Filed 1/5/2011\*\*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056342)
rsteer@akingump.com
AMIT KURLEKAR (SBN 244230)
akurlekar@akingump.com
580 California Street, 15th Floor
San Francisco, CA  94104-1036
Telephone:     (415) 765-9500
Facsimile:      (415) 765-9501

FRED I. WILLIAMS *(Pro Hac Vice)*
fwilliams@akingump.com
300 West Sixth Street, Suite 2100
Austin, TX  78701
Telephone:     (512) 499-6200
Facsimile:      (512) 499-6290

ERIC J. KLEIN *(Pro Hac Vice)*
eklein@akingump.com
1700 Pacific Ave., 41st Floor
Dallas, TX  75201
Telephone:     (214) 969-2751
Facsimile:      (214) 969-4343

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.

**SIDLEY AUSTIN LLP**
ROBERT B. MORRILL (SBN 035488)
rmorrill@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA  94304
Telephone:  (650) 565-7000
Facsimile:   (650) 565-7100

PHILIP. W. WOO (SBN 196459)
pwoo@sidley.com
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendants and Counterclaimants
SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.,<br><br>　　　　　Defendants. | Case No. 5:08-CV-3454-JF-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY PENDING SETTLEMENT DISCUSSIONS**<br><br>Judge:  Hon. Jeremy Fogel |

---

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY
CASE NO.  5:08-CV-3454-JF-PSG**

Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff") and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants") respectfully request that the Court enter an order staying this case until February 24, 2011 pending the outcome of settlement discussions. In support of this Stipulation, the parties state as follows:

### I.      Reasons for Requested Stay

1.      On or about November 22, 2010, representatives for both parties met in Taiwan to discuss a possible settlement of the pending litigation. During those discussions, the parties reached a preliminary agreement to a four week standstill in the lawsuit while settlement discussions continue. At that time, the parties also agreed and requested that the Court stay all case deadlines, both Court imposed and discovery related, during this four week period. In the event that a settlement could not be reached, the parties requested that the Court extend the case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 2, 2010 by four weeks. The Court signed an Order granting the stay on November 30, 2010.

2.      However, due to the holiday season, the parties were unable to complete settlement discussions during the four week period. Moreover, given the holiday season, the four week adjustment of the case schedule did not provide ample time to satisfy approaching deadlines. For example, pursuant to the Court's November 30, 2010 Order, the deadline for claim construction discovery was shifted from December 23, 2010 to January 20, 2011. Even under the adjusted timeline, the parties' ability to conduct claim construction discovery would be hindered given the logistics of scheduling and conducting depositions over the holidays, in addition to the parties' continuing efforts to collect responsive documents. Therefore, on December 21, 2010 the parties filed a Joint Stipulation and [Proposed] Order to Modify Case Management Order Pursuant to L.R. 6-2 requesting an additional four week extension of all remaining deadlines established by September 2, 2010 Order and modified by the November 30, 2010 Order.

3.      Since requesting an extension on December 21, 2010, the parties have reached an agreement regarding a standstill in the lawsuit through February 24, 2011 while settlement discussions continue. The parties have agreed and request that the Court stay all case deadlines, both Court imposed and discovery related, until February 24, 2011. The parties request the standstill

through February 24, 2011 in order to accommodate the upcoming holidays, including the Chinese New Year.  The Chinese New Year falls on February 2, 2011, and it is customary for people to take the week off before and/or after for family gathering.  Thus, Defendants may not be able to communicate in a most timely fashion from now to shortly after the Chinese New Year.  In the event that the parties cannot reach a settlement, the parties request that the Court extend the current case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 2, 2010 and modified by the Court's November 30, 2010 Order as set forth in section III below.

## II. Previous Time Modifications

4. On July 17, 2008, Plaintiff filed the Complaint (*see* Dkt. No. 1).  On the same day, the Court set a Case Management Conference ("CMC") for Oct. 27, 2008 (*see* Dkt. No. 3).

5. On Aug. 18. 2008, this case was reassigned to Judge Fogel (*see* Dkt. No. 11).  The CMC scheduled for Oct. 27, 2008 was vacated.

6. On Sept. 26, 2008, the parties filed a Stipulation and Proposed Order enlarging Defendants' time to reply to Plaintiff's Complaint to Dec. 1, 2008 (*see* Dkt. No. 17).  Judge Fogel granted this request on Oct. 6, 2008 (*see* Dkt. No. 20).

7. On Sep. 30, 2008, before the extension was granted by Judge Fogel, the Court noticed the CMC for Oct. 31, 2008 (*see* Dkt. No. 19).

8. On Oct. 21, 2008, the parties field a Stipulation and Proposed Order to Extend CMC and ADR Deadlines (*see* Dkt. No. 22).  Judge Fogel granted this request on Oct. 22, 2008, setting the CMC for Dec. 5, 2008 (*see* Dkt. No. 23).

9. On Nov. 14, 2008, the parties filed a Second Stipulation and Proposed Order to Extend the CMC and ADR Deadlines (*see* Dkt. No. 28).  Judge Fogel granted this request on Nov. 17, 2008, setting the CMC for Dec. 19, 2008 (*see* Dkt. No. 30).

10. On Dec. 19, 2008, the Court set a further CMC for Mar. 20, 2009 (*see* Dkt. No. 38).  On Mar. 13, 2009, the Court continued the CMC to Mar. 23, 2009 (*see* Dkt. No. 41).

11. On Mar. 20, 2009, the parties filed a Stipulation to Stay Pending Reexamination of the Patents-In-Suit (*see* Dkt. No. 42).  Judge Fogel granted this request on Mar. 23, 2009 CMC,

setting a Status Conference for Sep. 25, 2009 (*see* Dkt. No. 44). The Order granting the Stay was filed on Mar. 24, 2009 (*see* Dkt. No. 43).

12. On Sep. 25, 2009, Judge Fogel continued the Stay, setting a Status Conference for Mar. 26, 2010 (*see* Dkt. No. 45).

13. On Mar. 26, 2010, Judge Fogel set a Status Conference for May 7, 2010 (*see* Dkt. No. 48).

14. On Apr. 30, 2010, the parties filed a Joint Case Management Statement setting forth a proposed case schedule (*see* Dkt. No. 52).

15. On May 7, 2010, Judge Fogel lifted the Stay and adopted the proposed case schedule filed by the parties on Apr. 30, 2010 (*see* Dkt. No. 53).

16. On Jun. 24, 2010, Plaintiff Lenovo, filed an Unopposed Motion for Extension of Time requesting that the deadlines adopted by the Court in its May 7, 2010 Order be extended by seven days (*see* Dkt. No. 56). Judge Fogel granted this request on July 27, 2010, setting the Claim Construction Hearing for Feb. 22, 2010 (*see* Dkt. No. 58).

17. On Aug. 12, 2010, Defendant Shuttle, filed a Motion to Enlarge Time and To Modify the Case Schedule (*see* Dkt. No. 59). Judge Fogel granted this request on Aug. 18, 2010, and ordered the parties to submit a Proposed Stipulated Case Management Order with a revised case schedule by Aug. 31, 2010 (*see* Dkt. No. 64).

18. On Aug. 31, 2010, the parties filed a Joint Proposed Stipulated Case Management Order (*see* Dkt. No. 65), which Judge Fogel granted on Sep. 2, 2010 (*see* Dkt. No. 67).

19. On Nov. 19, 2010, the parties filed a Joint Stipulation and Proposed Order to Continue the Hearing date on Defendant Shuttle's Motion to Strike Plaintiff Lenovo's Infringement Contentions (*see* Dkt. No. 79). Magistrate Judge Patricia Trumbull, granted this request, setting the hearing Joint Stipulation for Dec. 14, 2010 (*see* Dkt. No. 80).

20. On Nov. 23, 2010, the parties filed a Joint Stipulation and [Proposed] Order to Enlarge Time to File the parties' Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement (Civil L.R. 6-2) (*see* Dkt. No. 81). On Nov. 23, 2010, the Court granted the parties' request (*see* Dkt. No. 82).

21. On Nov. 24, 2010, the parties filed a Joint Stipulation and [Proposed] Order Regarding Stay Pending Settlement Discussions (*see* Dkt. No. 83). On Nov. 30, 2010, the Court entered an Order granting the stay (*see* Dkt. No. 84).

22. On December 21, 2010, the parties filed a Joint Stipulation and [Proposed] Order to Modify Case Management Order Pursuant to L.R. 6-2 (*see* Dkt. No. 85).

### III. Effect of Requested Stay

23. The parties request the Court stay the case and all case deadlines, Court imposed and discovery related, until February 24, 2010 pending settlement discussions.

24. In the event that a settlement cannot be reached, the parties request that the Court extend the current case deadlines set forth in the September 2, 2010 Joint Stipulated Case Management Order and modified by the Court's November 30, 2010 Order and the parties' December 21, 2010 Stipulation as set forth below:

| Event | Schedule Established by September 2 Order | 4-Week Extension Granted Pursuant to Nov. 30 Order | Additional Extension Requested by this Stipulation |
|---|---|---|---|
| Parties file Joint Claim Construction and Prehearing Statement. Patent L.R. 4-3 | November 23, 2010 | December 21, 2010 | **March 28, 2011** |
| Amended pleadings deadline | December 7, 2010 | January 4, 2011 | **April 11, 2011** |
| Deadline for completing discovery on issues relating to claim construction for the patents-in-suit. Patent L.R. 4-4 | December 23, 2010 | January 20, 2011 | **April 29, 2011** |
| Lenovo files Opening Claim Construction Brief. Patent L.R. 4-5(a) | January 7, 2011 | February 4, 2011 | **May 13, 2011** |
| Shuttle files Opposition Claim Construction Brief. | January 21, 2011 | February 18, 2010 | **May 27, 2011** |

4
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY**
**CASE NO. 5:08-CV-3454-JF-PSG**

| | | | |
|---|---|---|---|
| Patent L.R. 4-5(b) | | | |
| Lenovo files Reply Claim Construction Brief. Patent L.R. 4-5(c) | January 28, 2011 | February 25, 2011 | **June 3, 2011** |
| Claim Construction Hearing | March 4, 2011 | April 1, 2011 | **To be set by Court on a date convenient to the Court on or after July 1, 2011** |
| Parties relying upon advice of counsel to support any claim or defense must produce and serve all supporting documents. Patent L.R. 3-7. | 50 days after issuance of Claim Construction Order | 50 days after issuance of Claim Construction Order | **50 days after issuance of Claim Construction Order** |

FOR THE ABOVE REASONS, the parties respectfully request that the Court enter an order staying this case and all deadlines until February 24, 2011.

SO STIPULATED:

                                      Respectfully submitted,

Dated: January 3, 2011                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                             By:  /s/ Fred I. Williams
                                                 FRED I. WILLIAMS

                                            Attorneys for Plaintiff
                                            LENOVO (SINGAPORE) PTE. LTD.

1 | Dated: January 3, 2011                SIDLEY AUSTIN LLP

By: /s/
    PETER H. KANG[1]

Attorneys for Defendants SHUTTLE, INC. and
SHUTTLE COMPUTER GROUP, INC.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Peter H. Kang.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The case is stayed and all case deadlines, Court imposed and discovery related, are stayed until February 24, 2010 pending settlement discussions; and

2. In the event a settlement cannot be reached, the current case deadlines set forth in the Joint Stipulated Case Management Order (Dkt. No. 67) entered by this Court on September 2, 2010 and modified pursuant to the Court's November 30, 2010 Order and the parties' December 21, 2010 Stipulation will be extended as follows:

| | |
|---|---|
| March 28, 2011 | Parties file Joint Claim Construction and Prehearing Statement. Patent L.R. 4-3 |
| April 11, 2011 | Amended pleadings deadline. |
| April 29, 2011 | Deadline for completing discovery on issues relating to claim construction for the patents-in-suit. Patent L.R. 4-4 |
| May 13, 2011 | Lenovo files Opening Claim Construction Brief. Patent L.R. 4-5(a) |
| May 27, 2011 | Shuttle files Opposition Claim Construction Brief. Patent L.R. 4-5(b) |
| June 3, 2011 | Lenovo files Reply Claim Construction Brief. Patent L.R. 4-5(c) |
| [To be set by Court on a date convenient to the Court on or after July 1, 2011] | Claim Construction Hearing. |
| 50 days after issuance of Claim Construction Order | Parties relying upon advice of counsel to support any claim or defense must produce and serve all supporting documents. Patent L.R. 3-7. |

Dated: __1/5/2011_____

HONORABLE JEFFREY FOGEL
UNITED STATES DISTRICT JUDGE