| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>REGINALD D. STEER (SBN 056342)<br>rsteer@akingump.com<br>AMIT KURLEKAR (SBN 244230)<br>akurlekar@akingump.com<br>580 California Street, 15th Floor<br>San Francisco, CA  94104-1036<br>Telephone:     (415) 765-9500<br>Facsimile:      (415) 765-9501<br><br>FRED I. WILLIAMS *(Pro Hac Vice)*<br>fwilliams@akingump.com<br>300 West Sixth Street, Suite 2100<br>Austin, TX  78701<br>Telephone:     (512) 499-6200<br>Facsimile:      (512) 499-6290<br><br>ERIC J. KLEIN *(Pro Hac Vice)*<br>eklein@akingump.com<br>1700 Pacific Ave., 41st Floor<br>Dallas, TX  75201<br>Telephone:     (214) 969-2751<br>Facsimile:      (214) 969-4343<br><br>Attorneys for Plaintiff<br>LENOVO (SINGAPORE) PTE. LTD. | **SIDLEY AUSTIN LLP**<br>ROBERT B. MORRILL (SBN 035488)<br>rmorrill@sidley.com<br>PETER H. KANG (SBN 158101)<br>pkang@sidley.com<br>AARON R. BLEHARSKI (SBN 240703)<br>ableharski@sidley.com<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA  94304<br>Telephone:  (650) 565-7000<br>Facsimile:   (650) 565-7100<br><br>PHILIP. W. WOO (SBN 196459)<br>pwoo@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>Telephone:  (415) 772-1200<br>Facsimile:   (415) 772-7400<br><br>Attorneys for Defendants and Counterclaimants<br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD.,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.,<br><br>        Defendants. | Case No. 5:08-CV-3454-JF-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY PENDING SETTLEMENT DISCUSSIONS**<br><br>Judge:  Hon. Jeremy Fogel |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY
CASE NO.  5:08-CV-3454-JF-PSG**

Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff") and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants") respectfully request that the Court enter an order staying this case until April 13, 2011 pending the outcome of settlement discussions. In support of this Stipulation, the parties state as follows:

**I.      Reasons for Requested Stay**

1.      On or about November 22, 2010, representatives for both parties met in Taiwan to discuss a possible settlement of the pending litigation. During those discussions, the parties reached a preliminary agreement to a four week standstill in the lawsuit while settlement discussions continue. At that time, the parties also agreed and requested that the Court stay all case deadlines, both Court imposed and discovery related, during this four week period. In the event that a settlement could not be reached, the parties requested that the Court extend the case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 2, 2010 by four weeks. The Court signed an Order granting the stay on November 30, 2010.

2.      However, due to the holiday season, the parties were unable to complete settlement discussions during the four week period. Moreover, given the holiday season, the four week adjustment of the case schedule did not provide ample time to satisfy approaching deadlines. For example, pursuant to the Court's November 30, 2010 Order, the deadline for claim construction discovery was shifted from December 23, 2010 to January 20, 2011. Even under the adjusted timeline, the parties' ability to conduct claim construction discovery would be hindered given the logistics of scheduling and conducting depositions over the holidays, in addition to the parties' continuing efforts to collect responsive documents. Therefore, on December 21, 2010 the parties filed a Joint Stipulation and [Proposed] Order to Modify Case Management Order Pursuant to L.R. 6-2 requesting an additional four week extension of all remaining deadlines established by September 2, 2010 Order and modified by the November 30, 2010 Order.

3.      After requesting an extension on December 21, 2010, the parties reached an agreement regarding a standstill in the lawsuit through February 24, 2011 while settlement discussions continued. The parties agreed and requested that the Court stay all case deadlines, both Court imposed and discovery related, until February 24, 2011. The parties requested the standstill

through February 24, 2011 in order to accommodate the upcoming holidays, including the Chinese New Year. On January 5, 2011, the Court granted the parties Joint Stipulation and [Proposed] Order Regarding Stay Pending Settlement Discussions staying all case deadlines, both Court imposed and discovery related, until February 24, 2011.

4. During this standstill, the parties have made significant progress in reaching a settlement in this litigation. However, while significant strides have been made, the parties have been unable to come to a complete settlement agreement at this time. The parties wish to continue settlement discussions in hopes of reaching an agreement in the very near future. To that end, the parties hereby request an additional 30 days that the parties believe will be sufficient to finalize the written agreement. In the event that the parties cannot reach a settlement, the parties request that the Court extend the current case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 2, 2010, modified by the Court's November 30, 2010 Order and extended pursuant to the Court's January 5, 2011 Order as set forth in section III below.

5. The parties have continued to make significant progress in reaching a settlement in this litigation. However, the parties have been unable to come to a complete settlement agreement at this time. The parties wish to continue settlement discussions in hopes of reaching an agreement in the very near future. To that end, the parties hereby request an additional two weeks to finalize the written agreement. In the event the parties cannot reach a settlement, the parties request that the Court extend the current case deadlines set forth in the Joint Stipulated Case Management Order entered by the Court on September 2, 2010, modified by the Court's November 30, 2010 Order and extended pursuant to the Court's January 5 and March 1, 2011 Orders as set forth in section III below.

## II. Previous Time Modifications

4. On July 17, 2008, Plaintiff filed the Complaint (*see* Dkt. No. 1). On the same day, the Court set a Case Management Conference ("CMC") for Oct. 27, 2008 (*see* Dkt. No. 3).

5. On Aug. 18. 2008, this case was reassigned to Judge Fogel (*see* Dkt. No. 11). The CMC scheduled for Oct. 27, 2008 was vacated.

1      6.      On Sept. 26, 2008, the parties filed a Stipulation and Proposed Order enlarging Defendants' time to reply to Plaintiff's Complaint to Dec. 1, 2008 (*see* Dkt. No. 17).  Judge Fogel granted this request on Oct. 6, 2008 (*see* Dkt. No. 20).

      7.      On Sep. 30, 2008, before the extension was granted by Judge Fogel, the Court noticed the CMC for Oct. 31, 2008 (*see* Dkt. No. 19).

      8.      On Oct. 21, 2008, the parties field a Stipulation and Proposed Order to Extend CMC and ADR Deadlines (*see* Dkt. No. 22).  Judge Fogel granted this request on Oct. 22, 2008, setting the CMC for Dec. 5, 2008 (*see* Dkt. No. 23).

      9.      On Nov. 14, 2008, the parties filed a Second Stipulation and Proposed Order to Extend the CMC and ADR Deadlines (*see* Dkt. No. 28).  Judge Fogel granted this request on Nov. 17, 2008, setting the CMC for Dec. 19, 2008 (*see* Dkt. No. 30).

      10.      On Dec. 19, 2008, the Court set a further CMC for Mar. 20, 2009 (*see* Dkt. No. 38).  On Mar. 13, 2009, the Court continued the CMC to Mar. 23, 2009 (*see* Dkt. No. 41).

      11.      On Mar. 20, 2009, the parties filed a Stipulation to Stay Pending Reexamination of the Patents-In-Suit (*see* Dkt. No. 42).  Judge Fogel granted this request on Mar. 23, 2009 CMC, setting a Status Conference for Sep. 25, 2009 (*see* Dkt. No. 44).  The Order granting the Stay was filed on Mar. 24, 2009 (*see* Dkt. No. 43).

      12.      On Sep. 25, 2009, Judge Fogel continued the Stay, setting a Status Conference for Mar. 26, 2010 (*see* Dkt. No. 45).

      13.      On Mar. 26, 2010, Judge Fogel set a Status Conference for May 7, 2010 (*see* Dkt. No. 48).

      14.      On Apr. 30, 2010, the parties filed a Joint Case Management Statement setting forth a proposed case schedule (*see* Dkt. No. 52).

      15.      On May 7, 2010, Judge Fogel lifted the Stay and adopted the proposed case schedule filed by the parties on Apr. 30, 2010 (*see* Dkt. No. 53).

      16.      On Jun. 24, 2010, Plaintiff Lenovo, filed an Unopposed Motion for Extension of Time requesting that the deadlines adopted by the Court in its May 7, 2010 Order be extended by

1  seven days (*see* Dkt. No. 56).  Judge Fogel granted this request on July 27, 2010, setting the Claim
2  Construction Hearing for Feb. 22, 2010 (*see* Dkt. No. 58).

3       17.    On Aug. 12, 2010, Defendant Shuttle, filed a Motion to Enlarge Time and To Modify
4  the Case Schedule (*see* Dkt. No. 59).  Judge Fogel granted this request on Aug. 18, 2010, and
5  ordered the parties to submit a Proposed Stipulated Case Management Order with a revised case
6  schedule by Aug. 31, 2010 (*see* Dkt. No. 64).

7       18.    On Aug. 31, 2010, the parties filed a Joint Proposed Stipulated Case Management
8  Order (*see* Dkt. No. 65), which Judge Fogel granted on Sep. 2, 2010 (*see* Dkt. No. 67).

9       19.    On Nov. 19, 2010, the parties filed a Joint Stipulation and Proposed Order to
10 Continue the Hearing date on Defendant Shuttle's Motion to Strike Plaintiff Lenovo's Infringement
11 Contentions (*see* Dkt. No. 79).  Magistrate Judge Patricia Trumbull, granted this request, setting the
12 hearing Joint Stipulation for Dec. 14, 2010 (*see* Dkt. No. 80).

13       20.    On Nov. 23, 2010, the parties filed a Joint Stipulation and [Proposed] Order to
14 Enlarge Time to File the parties' Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement
15 (Civil L.R. 6-2) (*see* Dkt. No. 81).  On Nov. 23, 2010, the Court granted the parties' request (*see*
16 Dkt. No. 82).

17       21.    On Nov. 24, 2010, the parties filed a Joint Stipulation and [Proposed] Order
18 Regarding Stay Pending Settlement Discussions (*see* Dkt. No. 83).  On Nov. 30, 2010, the Court
19 entered an Order granting the stay (*see* Dkt. No. 84).

20       22.    On December 21, 2010, the parties filed a Joint Stipulation and [Proposed] Order to
21 Modify Case Management Order Pursuant to L.R. 6-2 (*see* Dkt. No. 85).

22       23.    On January 3, 2011, the parties filed a Joint Stipulation and [Proposed] Order
23 Regarding Stay Pending Settlement Discussions (*see* Dkt. No. 86).  On Jan. 5, 2011, the Court
24 entered an Order granting the stay and extending all case deadlines (*see* Dkt. No. 87).

25       24.    On February 25, 2011, the parties filed a Joint Stipulation and [Proposed] Order
26 Regarding Stay Pending Settlement Discussions (*see* Dkt. No. 88).  On Mar. 1, 2011, the Court
27 entered an Order granting the stay and extending all deadlines (*see* Dkt. No. 89).

28     **III.**    **Effect of Requested Stay**

25. The parties request the Court stay the case and all case deadlines, Court imposed and discovery related, until April 13, 2011 pending settlement discussions.

26. In the event that a settlement cannot be reached, the parties request that the Court extend the current case deadlines set forth in the September 2, 2010 Joint Stipulated Case Management Order and modified by the Court's November 30, 2010 Order and extended pursuant to the Court's January 5 and March 1, 2011 Orders extending all case deadlines as set forth below:

| Event | Schedule Established by September 2 Order | 4-Week Extension Granted Pursuant to Nov. 30 Order | Extension Granted Pursuant to Jan. 5 Order | Extension Granted Pursuant to Mar. 1 Order | Additional Extension Requested by this Stipulation |
|---|---|---|---|---|---|
| Parties file Joint Claim Construction and Prehearing Statement. Patent L.R. 4-3 | 11/23/10 | 12/21/10 | 3/28/11 | 4/27/11 | **5/11/11** |
| Amended pleadings deadline | 12/7/10 | 1/4/11 | 4/11/11 | 5/11/11 | **5/25/11** |
| Deadline for completing discovery on issues relating to claim construction for the patents-in-suit. Patent L.R. 4-4 | 12/23/10 | 1/20/11 | 4/29/11 | 5/31/11 | **6/14/11** |
| Lenovo files Opening Claim Construction Brief. | 1/7/11 | 2/4/11 | 5/13/11 | 6/13/11 | **6/27/11** |

5
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY**
**CASE NO. 5:08-CV-3454-JF-PSG**

| Event | Schedule Established by September 2 Order | 4-Week Extension Granted Pursuant to Nov. 30 Order | Extension Granted Pursuant to Jan. 5 Order | Extension Granted Pursuant to Mar. 1 Order | Additional Extension Requested by this Stipulation |
|---|---|---|---|---|---|
| Patent L.R. 4-5(a) | | | | | |
| Shuttle files Opposition Claim Construction Brief. Patent L.R. 4-5(b) | 1/21/11 | 2/18/11 | 5/27/11 | 6/27/11 | **7/11/11** |
| Lenovo files Reply Claim Construction Brief. Patent L.R. 4-5(c) | 1/28/11 | 2/25/11 | 6/3/11 | 7/5/11 | **7/19/11** |
| Claim Construction Hearing | 3/4/11 | 4/1/11 | To be set by Court on a date convenient to the Court on or after July 1, 2011 | To be set by Court on a date convenient to the Court on or after August 1, 2011 | **To be set by Court on a date convenient to the Court on or after August 15, 2011** |
| Parties relying upon advice of counsel to support any claim or defense must produce and serve all supporting documents. Patent L.R. 3-7. | 50 days after issuance of Claim Construction Order | 50 days after issuance of Claim Construction Order | 50 days after issuance of Claim Construction Order | 50 days after issuance of Claim Construction Order | **50 days after issuance of Claim Construction Order** |

FOR THE ABOVE REASONS, the parties respectfully request that the Court enter an order staying this case and all deadlines until April 13, 2011.

SO STIPULATED:

Respectfully submitted,

Dated: March 30, 2011                               AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Fred I. Williams
    FRED I. WILLIAMS

Attorneys for Plaintiff
LENOVO (SINGAPORE) PTE. LTD.




Dated: March 30, 2011                               SIDLEY AUSTIN LLP


By: /s/ Robert B. Morrill
    ROBERT B. MORRILL[1]

Attorneys for Defendants SHUTTLE, INC. and
SHUTTLE COMPUTER GROUP, INC.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Robert B. Morrill.

7

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY**
**CASE NO.  5:08-CV-3454-JF-PSG**

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The case is stayed and all case deadlines, Court imposed and discovery related, are stayed until April 13, 2011 pending settlement discussions; and

2. In the event a settlement cannot be reached, the current case deadlines set forth in the Joint Stipulated Case Management Order (Dkt. No. 67) entered by this Court on September 2, 2010 and modified pursuant to the Court's November 30, 2010 Order and extended pursuant to the Court's January 5 and March 1, 2011 Orders will be extended as follows:

| | |
|---|---|
| May 11, 2011 | Parties file Joint Claim Construction and Prehearing Statement. Patent L.R. 4-3 |
| May 25, 2011 | Amended pleadings deadline. |
| June 14, 2011 | Deadline for completing discovery on issues relating to claim construction for the patents-in-suit. Patent L.R. 4-4 |
| June 27, 2011 | Lenovo files Opening Claim Construction Brief. Patent L.R. 4-5(a) |
| July 11, 2011 | Shuttle files Opposition Claim Construction Brief. Patent L.R. 4-5(b) |
| July 19, 2011 | Lenovo files Reply Claim Construction Brief. Patent L.R. 4-5(c) |
| [To be set by Court on a date convenient to the Court on or after August 15, 2011] | Claim Construction Hearing. |
| 50 days after issuance of Claim Construction Order | Parties relying upon advice of counsel to support any claim or defense must produce and serve all supporting documents. Patent L.R. 3-7. |

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Dated: 4/19/11