| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>REGINALD D. STEER (SBN 056342)<br>rsteer@akingump.com<br>AMIT KURLEKAR (SBN 244230)<br>akurlekar@akingump.com<br>580 California Street, 15th Floor<br>San Francisco, CA  94104-1036<br>Telephone:     (415) 765-9500<br>Facsimile:      (415) 765-9501<br><br>FRED I. WILLIAMS *(Pro Hac Vice)*<br>fwilliams@akingump.com<br>300 West Sixth Street, Suite 2100<br>Austin, TX  78701<br>Telephone:     (512) 499-6200<br>Facsimile:      (512) 499-6290<br><br>ERIC J. KLEIN *(Pro Hac Vice)*<br>eklein@akingump.com<br>1700 Pacific Ave., 41st Floor<br>Dallas, TX  75201<br>Telephone:     (214) 969-2751<br>Facsimile:      (214) 969-4343<br><br>Attorneys for Plaintiff<br>LENOVO (SINGAPORE) PTE. LTD. | **SIDLEY AUSTIN LLP**<br>ROBERT B. MORRILL (SBN 035488)<br>rmorrill@sidley.com<br>PETER H. KANG (SBN 158101)<br>pkang@sidley.com<br>AARON R. BLEHARSKI (SBN 240703)<br>ableharski@sidley.com<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA  94304<br>Telephone:  (650) 565-7000<br>Facsimile:   (650) 565-7100<br><br>PHILIP. W. WOO (SBN 196459)<br>pwoo@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>Telephone:  (415) 772-1200<br>Facsimile:   (415) 772-7400<br><br>Attorneys for Defendants and Counterclaimants SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENOVO (SINGAPORE) PTE. LTD.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.,<br><br>                    Defendants. | Case No. 5:08-CV-3454-JF-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Jeremy Fogel |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**CASE NO.  5:08-CV-3454-JF-PSG**

Plaintiff Lenovo (Singapore) Pte. Ltd. ("Plaintiff") and Defendants Shuttle Inc. and Shuttle Computer Group Inc. (together "Defendants") respectfully request that the Court enter an order dismissing this case with prejudice. In support of this Stipulation, the parties state as follows:

### I. Settlement has been Consummated

1. The parties have consummated their settlement and hereby stipulate to dismissal of all claims and counterclaims in the above-captioned action with prejudice pursuant to Fed.R.Civ.P. 41(a)(2) and (c). The parties have settled all claims for relief in the above-captioned lawsuit.

2. The parties, through their attorneys of record, respectfully request this Court to dismiss Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

FOR THE ABOVE REASONS, the parties respectfully request that the Court enter an order dismissing this case and with prejudice.

SO STIPULATED:

                                                         Respectfully submitted,

Dated: May 10, 2011                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                                         By: /s/ Fred I. Williams
                                                               FRED I. WILLIAMS

                                                           Attorneys for Plaintiff
                                                           LENOVO (SINGAPORE) PTE. LTD.

1  Dated: May 10, 2011                        SIDLEY AUSTIN LLP

                                              By: /s/ Robert B. Morrill
                                                  ROBERT B. MORRILL[1]

                                              Attorneys for Defendants SHUTTLE, INC. and
                                              SHUTTLE COMPUTER GROUP, INC.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Robert B. Morrill.

2

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**CASE NO.  5:08-CV-3454-JF-PSG**

1 [~~PROPOSED~~] ORDER

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

3    1.   All claims and counterclaims asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice; and

5    2.   All attorneys' fees and costs are to be borne by the Party that incurred them.

```
                                    _____
                                       HONORABLE JEREMY FOGEL
                                       UNITED STATES DISTRICT JUDGE
```

Dated: 5/13/11